UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WINFRED CAMPBELL (#161377)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 15-409-SDD-EWD

RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated July 12, 2016. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims. Further, Defendants' Motion to Dismiss[1] shall be granted, dismissing Plaintiff's claims asserted against Defendants, with prejudice, for failure to state a claim upon which relief may be granted and this action shall be dismissed.

Baton Rouge, Louisiana, August  11th , 2016.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. doc. 15.