UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WINFRED CAMPBELL (#161377)                                CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL.                                     15-409-SDD-EWD

ORDER

Before the Court is Plaintiff's *Motion to be Transferred Back to the Original Jurisdiction Court And for a Protective Order*.[1] The basis for Plaintiff's Motion is somewhat unclear, but he appears to be complaining regarding the failure of state officials, in an unrelated habeas corpus proceeding brought by Plaintiff in the Western District of Louisiana, to "turn over a complete transcript of [his] state trial including the indictment," as allegedly ordered by a federal judge. Plaintiff also complains regarding an alleged wrongful search of his property by prison officials on May 25, 2017, during which some of his legal documents were allegedly taken and some of his personal property stolen or damaged.

Plaintiff is not entitled to the relief requested. There is no legal or factual basis for a "transfer" of this proceeding to another court or for this Court to involve itself in unrelated proceedings filed in another District. Further, to the extent that Plaintiff is complaining regarding a search conducted by prison officials in May of 2017, he is apparently seeking to assert a claim that is entirely unrelated to the events alleged in his original *Complaint*,[2] that instead involves events occurring long after the filing thereof,

---
[1] Rec. Doc. 37.
[2] Rec. Doc. 1.

and that is directed against a person not named as a Defendant in the original *Complaint*. As such, this claim is not properly before the Court. Finally, and in any event, the record reflects that a final *Judgment*[3] has been entered in this proceeding, dismissing Plaintiff's original claims with prejudice, and that Plaintiff's appeal from that *Judgment* has since been rejected by the United States Court of Appeals for the Fifth Circuit.[4] It is clear, therefore, that Plaintiff is not entitled to the relief requested. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion to be Transferred Back to the Original Jurisdiction Court And for a Protective Order*[5] is DENIED.

Baton Rouge, Louisiana the 19 day of October, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[3] Rec. Doc. 27.
[4] Rec. Doc. 38.
[5] Rec. Doc. 37.